**Ari H. Marcus, Esq.**
Licensed to Practice in NJ & NY
Ari@MarcusZelman.com

**Yitzchak Zelman, Esq.**
Licensed to Practice in NJ & NY
Yzelman@MarcusZelman.com

# MARCUS ZELMAN, LLC
ATTORNEY & COUNSELLOR AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

**NEW JERSEY OFFICE**:
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712

**NEW YORK OFFICE**:
1 Deer Run Road
Pomona, New York 10970

*All Correspondences to NJ Office*

October 29, 2020

The Honorable United States District Judge Katherine Polk Failla
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
*Via ECF*

      **Re:**    **Jaquez v. Crystal of America, Inc.**
              **Civil Action No.: 1:20-cv-07404-KPF**

To the Honorable District Judge Failla,

      The undersigned represents the Plaintiff in the above referenced matter brought pursuant to the Americans with Disabilities Act (the ADA). I write with the consent of Defendant, Crystal of America, Inc., and respectfully request judicial approval of the enclosed Consent Decree.

      In his class action Complaint, Mr. Jaquez alleges that Crystal's website is a place of public accommodation and is not accessible to persons with visual disabilities in violation of the Americans with Disabilities Act ("ADA"), the New York State Human Rights Law, and the New York State Civil Rights Law. Although Crystal denies these allegations, it has reached an early settlement with Mr. Jaquez individually. This settlement will conserve the Court's and parties' resources, avoid the expense and inconvenience of continued litigation, and address the website accessibility issues alleged in the Complaint.

      The Court should approve this request because the Consent Decree (1) springs from and serves to resolve a dispute within the Court's subject matter jurisdiction, (2) comes within the general scope of the case made by the pleadings, and (3) furthers the objectives of the law upon which the Complaint was based. *Kozlowski v. Coughlin*, 87 F.2d 241, 244 (2d Cir. 1989). Specifically, this Court has jurisdiction under 28 U.S.C. 1331; the Consent Decree falls within the scope of Mr. Jaquez's website accessibility allegations under the ADA and state laws; and Crystal's non-discrimination and website compliance obligations in the Consent Decree further the objectives of the ADA and state anti-discrimination laws.

      Moreover, the Southern District of New York has approved materially identical consent decrees in numerous website accessibility actions. *See e.g., Hecht v. Indie Lee & Co., Inc.,* 1:20-cv-05850-RA, October 26, 2020 (DE 13); *Hecht v. Brewster Home Fashions LLC,* 1:20-cv-05719-JPO, September 22, 2020 (DE 11); *Camacho v. Neighborhood Playhouse School of Theatre*, SDNY No. 18-cv-10946 (JPO), April 3, 2019 (DE 14); *Mendez v. Midway A.L. LLC*, SDNY No. 18-cv-04946 (DCF), May 2, 2019 (DE 33); *Burbon v. Maidpro Inc.*, SDNY No. 18-cv-6290 (JMF), October 18, 2018 (DE 19); *Tucker v. CorePower Yoga*, SDNY No. 18-cv-5394 (AJN), December 3, 2018 (DE 17).

We thank the Court in advance for its time and attention to this matter, and for its consideration of this request. Defendant's counsel is copied on this communication, and joins in the relief requested herein.

Respectfully submitted,

*/s/ Yitzchak Zelman, Esq.*